

| | | | |
|---|---|---|---|
| Com. v. Duran | 1776 EDA 2015 Affirmed and Vacated | 12/28/2016 | CP–51–CR–0010357–2013 (Philadelphia) |
| Com. v. Rhodes | 2336 EDA 2015 Affirmed | 12/28/2016 | CP–23–CR–0005006–2014 (Delaware) |
| Com. v. Brown | 2963 EDA 2015 Affirmed and Vacated | 12/28/2016 | CP–51–CR–0010356–2013 (Philadelphia) |
| A.F. v. J.F. | 2500 EDA 2016 Vacated and Remanded | 12/28/2016 | C–0048–CV–2012–11928 (Northampton) |
| Com. v. Hecker | 2093 MDA 2015 Affirmed | 12/28/2016 | CP–14–CR–0001253–2014 (Centre) |
| Com. v. Hecker | 23 MDA 2016 Affirmed | 12/28/2016 | CP–14–CR–0000373–2015 (Centre) |
| Johnston v. Johnston | 91 MDA 2016 Affirmed | 12/28/2016 | CV–2014–001995–CV (Lycoming) |
| Com. v. Dawson | 258 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 12/28/2016 | CP–40–CR–0001236–2013 (Luzerne) |
| Com. v. Imbalzano | 644 MDA 2016 Affirmed | 12/28/2016 | CP–35–CR–0000191–2015 (Lackawanna) |
| In the Interest of: Z.G.D. | 689 MDA 2016 Affirmed | 12/28/2016 | CP–67–DP–0000074–2014 (York) |
| In re Adoption of Z.G.D. | 692 MDA 2016 Affirmed | 12/28/2016 | 2015–0133 (York) |
| Com. v. Prough | 1155 MDA 2016 Affirmed | 12/28/2016 | CP–18–CR–0000138–2015 (Clinton) |
| Breuner v. Breuner | 870 WDA 2015 Affirmed | 12/28/2016 | FD 08–007487 (Allegheny) |
| Erie Insurance Exchange v. Hall | 370 WDA 2016 Affirmed | 12/28/2016 | 11342–07 (Lawrence) |
| Com. v. Davis | 881 EDA 2015 Affirmed | 12/29/2016 | CP–51–CR–0006746–2011 (Philadelphia) |
| Com. v. Lee | 1299 EDA 2015 Affirmed | 12/29/2016 | CP–15–CR–0001738–2013 (Chester) |
| Com. v. Pruitt | 3436 EDA 2015 Affirmed | 12/29/2016 | CP–51–CR–0002103–2014 (Philadelphia) |
| Gregory v. Robb | 366 EDA 2016 Affirmed | 12/29/2016 | No. 2008–36401 (Montgomery) |